UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

"IN ADMIRALTY"

KING OCEAN SERVICES, LTD.,

    Plaintiff,

vs.                                                CASE NO.:

O.K. CARGO CORP.,
d/b/a GV USA LOGISTICS,
a Florida corporation,

    Defendant.
_____/

## COMPLAINT

Plaintiff, KING OCEAN SERVICES, LTD. (hereinafter "KING OCEAN"), by and through its undersigned counsel files herewith this Complaint against Defendant, O.K. CARGO CORP., d/b/a GV USA LOGISTICS (hereinafter "GV USA LOGISTICS") and for cause of action *in personam* states as follows:

### JURISDICTION

1. This Court has subject matter jurisdiction in accordance with 28 U.S.C. Section 1333(1). The Plaintiff is seeking to enforce rights contained in maritime contracts, making this an admiralty and maritime claim within the meaning of Rule 9(h) of the Federal Rules of Civil Procedure.

### VENUE

2. Venue in this district is proper. A substantial part of the events giving rise to the claims asserted by Plaintiff occurred within the territorial limits of the United States District Court for the Southern District of Florida, namely Port Everglades, Florida. Furthermore, GV USA LOGISTICS maintains an office for transaction of its customary business in Miami-Dade County, Florida.

### THE PARTIES

3. KING OCEAN SERVICES, LTD. is a Vessel Operating Common Carrier that provides maritime services and cargo transportation between ports of origin in the State of Florida and various ports of discharge throughout Central and South America, as well as the Caribbean Basin.

4. Upon information and belief, O.K. CARGO CORP., d/b/a GV USA LOGISTICS, is a

Florida corporation that maintains a Non-Vessel Operating Common Carrier (NVOCC) license with the Federal Maritime Commission and routinely engages in ocean transportation intermediary activities.

## GENERAL ALLEGATIONS

5. Between January 2018 and August 2018, at the request and direction of GV USA LOGISTICS, KING OCEAN transported goods aboard ocean vessels from the mainland United States to various international ports of discharge and delivered said goods to the named consignees. The port of loading for all of the foregoing shipments was Port Everglades, Florida.

6. The ocean freight and related charges agreed to as compensation for the transportation related activities described in the preceding paragraph are itemized on the Statement of Account attached as Exhibit "A".

7. A copy of the bill of lading issued by KING OCEAN for one shipment booked by GV USA LOGISTICS is attached as Exhibit "B". Said document states in the bottom right-hand corner, "TERMS OF BILL OF LADING CONTINUED ON BACK HEREOF".

8. The Terms and Conditions that apply to ocean bills of lading issued by KING OCEAN are annexed as Exhibit "C". Said terms are printed on the reverse side of every bill of lading issued by Plaintiff.

9. Paragraph 15 of the bill of lading contract attached as Exhibit "C" obligates GV USA LOGISTICS, the named shipper, to pay the ocean freight and related charges invoiced by KING OCEAN.

10. Despite repeated demands for remittance of the funds due, GV USA LOGISTICS has failed and refused to pay $58,762.55 in ocean freight and related charges owed to KING OCEAN and the Defendant is not entitled to any offset against said indebtedness.

## COUNT I – BREACH OF CONTRACT

11. KING OCEAN repeats and realleges the allegations set forth in Paragraphs 1 through 10 as if fully set forth herein.

12. On various dates from January 2018 through and including August 2018, valid contracts were formed when KING OCEAN agreed to transport cargo from the mainland United States to international ports of discharge in exchange for agreed shipping charges to be paid by GV USA LOGISTICS. Said ocean freight and related charges are itemized on the Statement of Account attached as Exhibit "A".

13. KING OCEAN performed its contractual obligations, as well as all conditions precedent necessary to bring this action, by transporting cargo for Defendant and delivering said goods to the consignees named on the ocean bills of lading.

14. GV USA LOGISTICS committed a material breach of Paragraph 15 of the bill of lading contract attached as Exhibit "C" by not compensating KING OCEAN for the ocean freight and related charges earned by the carrier.

15. KING OCEAN has suffered damages in the amount of $58,762.55

WHEREFORE, Plaintiff, KING OCEAN SERVICES, LTD., respectfully requests for this Court to enter judgment against Defendant, O.K. CARGO CORP., d/b/a GV USA LOGISTICS, for damages in the amount of $58,762.55, interest, contractual attorney's fees in accordance with Paragraph 15 of the bill of lading terms and conditions, taxable costs and disbursements of this action and any other and further relief as may be just and proper under the circumstances. Respectfully submitted at Miami, Florida this 13th day of September, 2018.

**DEE M. DOLVIN, P.A.**
*Attorney for Plaintiff*
P.O. Box 310424
Miami, Florida  33231
Telephone:  (305) 318-1919
E-mail:  Dee@DeeMDolvin.com

By: /s/ Dee M. Dolvin
_____
DEE M. DOLVIN
Florida Bar No.:  707491